Steven Lamont Joel SCOTT, Plaintiff–Appellant,

v.

Dr. MOORE, Assistant Warden; Deborah G. Woodson, Sec/Supervisor; V. Jones; Virginia B. Theisen; B. Harris; D. Graham; Alton Baskerville; Captain Rowlett; R. Bedwell; Sgt. Coleman; Lieutenant Thomas; W.P. Rogers; Ronald J. Angelone, Defendants–Appellees,

and

Loretta K. Kelly, Warden; Sergeant Milling; Lieutenant Gregory; Sgt. Richardson; Captain Jones; Captain Artis; Mark L. Earley, Attorney General of Virginia, Defendants.

No. 00–7291.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.
Decided March 28, 2001.

Steven Lamont Joel Scott, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Steven Lamont Joel Scott appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.*

---

* To the extent that the district court held that Scott failed to state a claim under the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. §§ 12101–12213 (West 1995 & Supp. 2000), we affirm. We do not express an opinion concerning the constitutionality of the ADA as applied to state prisons.

*Scott v. Moore,* No. CA–00–272–AM (E.D.Va. filed July 31, 2000; entered Aug. 2, 2000). We deny Scott's motion for general relief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*